

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of C.C., a Child

No. 06-25-00004-CV

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 92377). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the court's order terminating appellant's parental rights.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk